Dennis F. Dunne
Evan R. Fleck
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

David S. Cohen
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street, NW, Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7500

Counsel for the Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., *et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| In re                                    :   Chapter 11 Case No.
|                                          :
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, :   08-13555 (SCC)
|                                          :
|              Debtors.                    :   (Jointly Administered)
|                                          :
------------------------------------------------------------x
| LEHMAN COMMERCIAL PAPER INC.             :
|                                          :
|              Plaintiff,                  :
|                                          :
| -against-                                :
|                                          :
| SARK MASTER FUND LIMITED,                :   Adv. Case No.
|                                          :   11-01697 (SCC)
|              Defendant.                  :
|                                          :
------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that Plaintiff Lehman Brothers Commercial Paper Inc. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismisses with prejudice

and without costs all claims against Defendant Sark Master Fund Limited asserted in the above adversary proceeding, case no. 11-01697.

Dated: March 14, 2014
      New York, New York

/s/ *[signature]*
_____
Dennis F. Dunne
Evan R. Fleck
Milbank, Tweed, Hadley & M$^{c}$Cloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

David S. Cohen
Milbank, Tweed, Hadley & M$^{c}$Cloy LLP
1850 K Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7500

Counsel for the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., *et al.*